JAMES McGEE, Appellant, v. GRACE E. MOUNTAIN and Others, Defendants, Impleaded with ALFRED KENSING, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

4 EAST 72ND STREET CORPORATION, Appellant, v. CATHLEEN V. LOWMAN, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

4 EAST 72ND STREET CORPORATION, Appellant, v. CATHLEEN V. LOWMAN, Respondent.— Order, so far as appealed from, unanimously affirmed, with ten dollars costs and disbursements. Verified bill of particulars to be served within ten days after service of order. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

4 EAST 72ND STREET CORPORATION, Appellant, v. CATHLEEN V. LOWMAN, Respondent.— Order, so far as appealed from, unanimously affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

JOHN T. CLARKE, Suing on Behalf of Himself as a Stockholder of the Defendant AMERICAN PRESS ASSOCIATION, etc., Appellant, v. AMERICAN PRESS ASSOCIATION and EMMET FINLEY, Respondents, Impleaded with Others, Defendants.— Orders unanimously modified by granting motion with respect to Items 1, 3, 4 and 5; and with respect to the production of the books and records by providing that they be produced under the rule of Zeltner v. Fidelity & Deposit Co. (220 App. Div. 21), and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

JACOB DRUCKMAN, Respondent, v. ROSE GERMAN and Another, as Executrices, etc., Defendants, Impleaded with PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, as Administrator, etc., of HYMAN GERMAN, Deceased, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

GERTRUDE Bos and GIRARD Bos v. CLARENCE J. COHEN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of the TITLE GUARANTEE AND TRUST COMPANY, as Trustee of the Trust Created by Paragraph "Third" of the Last Will and Testament of FRANK L. NUGENT, Deceased. FRANK LAFAYETTE NUGENT and Another. TITLE GUARANTEE AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Glennon, Untermyer and Callahan, JJ.

SIGMUND REISS v. MILTON SEAMAN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ROSE MARIE SEFCIK v. MAX WIESER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.